# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

———————————————————————— )
                                                      )
**In re:**                                            )          **Chapter: 13**
                                                      )
    Annabel G. Poms[1]                 )          **Case No. 09-26512 (WIL)**
                                                      )
        **Debtor**               )
                                                      )
———————————————————————— )

### Amended Certificate of Service

    I hereby certify that a copy of the Debtor's Chapter 13 Plan and Schedule A with Cover

Sheet were served via first class mail postage prepaid on the following on this 17 day of

September 2009:

                IndyMac Bank/One West Bank
                PO Box 78826
                Phoenix, AZ 85062-8826

                Toyota Financial Services
                PO Box 17187
                Baltimore, MD 21297-0511

                Comcast
                PO Box 3005
                Southeastern, PA 19398-3005

                Pepco
                PO Box 4863
                Trenton, NJ 08650-4863

                Verizon Wireless
                PO Box 4003
                Acworth, GA 30101

                Washington Suburban Sanitary Commission
                14501 Sweitzer Lane
                Laurel, MD 20707-5902

---

[1] The last four (4) digits of the Debtor's SSN is 8871

Washington Post
PO Box 26089
Richmond, VA 23260

PBGH
10331 Democracy Lane
Fairfax, Virginia 22030

Charles Sonneborn
C/o Greg Friedman, Esq.
109 N. Adams Street
Rockville, Maryland 20810


HCR Manor Care Health Services-Bethesda
Attention: Business Office
630 Democracy Boulevard
Bethesda, Maryland 20817

Sibley Hospital
Medical Faculty Associates
2021 K Street, NW, Suite 600
Washington, DC 20006
Qwest Diagnostics
PO Box 64797
Baltimore, MD 21264-4797

Sibley Hospital
5255 Loughboro Road, NW
Washington, DC 20016

Mark Fierlson, DDS
5411 W. Cedar Land, Suite 208-A
Bethesda, MD 20814

Laurence Miller, MD
5454 Wisconsin Avenue Suite 747
Chevy Chase, Maryland 20815


                              /s/ John M. Green
                              John M. Green